UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) CAUSE NO. 3:08-CR-00065 RM |
| CODY RAMSEYER (2) | ) |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 19, 2008 [Doc. No. 40]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Cody Ramseyer's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(j).

SO ORDERED.

ENTERED:  September 9, 2008 


　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　United States District Court